ANNA LEWIS, Appellant, *v.* HESTER STEVENSON et al., as Executors of GEORGE STEVENSON, Deceased, Respondents.

Submitted November 13, 1950; decided November 16, 1950.

*Melvel W. Snitow* for motion.

*Henry L. Nowve* opposed.

Motion denied, with $10 costs. [See 300 N. Y. 732; 301 N. Y. 677.]